IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ENRIQUE TREVINO,<br><br>Defendant. | CASE NO. 1:26-MJ-00034-EPG<br><br>**ORDER UNSEALING COMPLAINT AND ARREST WARRANT** |

The United States, having arrested the defendant, Luis Enrique Trevino, on a complaint and arrest warrant and the need for sealing has ceased;

IT IS ORDERED that the complaint and arrest warrant shall be unsealed as to defendant Luis Enrique Trevino.

IT IS SO ORDERED.

Dated:   **April 6, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1